**FILED**
December 15, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

*ERIK SALAIZ 319 VALLEY FAIR WAY EL PASO, TX 79907*

## AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action No.: EP22CV0432
Date Filed: November 21, 2022

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS



*Erik Salaiz*

vs

*Plaintiff(s)/Petitioner(s)*

*Tax Defender USA LLC, a New York Limited Liability Company, and Thomas Cahill*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF RICHMOND, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **12/8/2022**, at the following time: **7:59 PM**, at **104 Levit Ave., Staten Island, NY 10314 APT 1** deponent served the within **Civil Cover Sheet; Summons in a Civil Action; Plaintiff's Original Complaint**

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **Thomas Cahill**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____ . _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served in a depository maintained by the U. S. P. S., mailed by first-class mail to the above address on **12/9/2022**

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[X] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [X] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[X] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) **12/3/2022** at **7:55 AM**   3) **12/7/2022** at **2:23 PM**   5) _____ at _____
2) **12/5/2022** at **6:50 PM**   4) **12/8/2022** at **7:59 PM**   6) _____ at _____

**Description of Recipient** — Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **Witness Fees** — advanced payment was made.

[X] **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[X] **Other** — *Address and military was confirmed by neighbor.*

Sworn to before me on **12/8/2022**

_____
NOTARY PUBLIC

_____
Gregory Naeder
First Class, 25 Hyatt St., Ste. 302, Staten Island, NY 10301, 2081825-DCA
PROCESS SERVER LICENSE # **2108828**

Work Order # 2039853

~~PAPER CHASE NY LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445~~

JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 2025